IN THE UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　　Plaintiff,　　　　　)<br>  )<br>v.　　　　　　　　　　　　　)<br>  )<br>MOLLY MEIER,　　　　　　　)<br>  )<br>　　　　　Defendant.　　　　　)<br>_____) | Criminal Action<br><br>No. 03-40054-01-SAC |

## FINAL ORDER OF FORFEITURE
## AND IMPOSITION OF FORFEITURE JUDGMENT

WHEREAS, on March 30, 2004, the Defendant Molly Meier, entered into a Plea Agreement with the United States in which the Defendant plead guilty to a forfeiture count which provided that the Defendant obtained $2,679,847.00 in proceeds from the offense alleged in Count One of the Indictment to which the Defendant also plead guilty;

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which seeks the imposition of a personal forfeiture money judgment against the Defendant in the amount of $2,679,847.00; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $2,679,847.00 pursuant to Title 21, United States Code, §853(a)(1).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

SO ORDERED this 16th day of June, 2005.

s/ Sam A. Crow  
HONORABLE SAM A. CROW  
UNITED STATES DISTRICT JUDGE